IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONALD H. JOHNS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D14-1667

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed September 4, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Donald H. Johns, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

PADOVANO, THOMAS, and ROBERTS, JJ., CONCUR.